**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. DODARO, as an individual and on behalf of all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STANDARD PACIFIC CORP.; STANDARD PACIFIC MORTGAGE, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 09-01666-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 31, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge